GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
**Gina Flores**

The following constitutes
the order of the court. Signed January 19, 2017

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**Gina Flores**,<br><br>    Debtor. | Case No. 17-40004-RLE-13<br><br>Chapter 13<br><br>**ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS** |

Good cause appearing, it is ordered that the Debtor's MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS will be heard on January 25, 2017 at 1:30 p.m, at the above-captioned location.

The Motion to Extend the Automatic Stay as to All Creditors, , and all supporting papers, shall be served upon all affected parties by Electronic Case Filing, fax, e-mail, or overnight service by no later than January 20, 2017, by 5 p.m..

*** END OF ORDER ***

- 1 -

**ORDER ON EX PARTE APPLICATION FOR OST**

CASE # 17-40004-RLE-13

SERVICE LIST

*NONE

- 1 -