GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor

**The following constitutes
the order of the court. Signed August 21, 2017**



_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In re

**GINA FLORES,**

    Debtor.

Case No**. 17-40004-RLE-13**

Chapter 13

**ORDER GRANTING MOTION FOR CONSENT TO ENTER INTO A LOAN MODIFICATION**

On July 25, 2017, Debtor filed a Motion for Consent to Enter into a Loan Modification with secured creditor SunTrust Mortgage. Proper service of the motion was made on July 25, 2017.

There have been no objections or requests for hearing filed.

IT IS ORDERED THAT:

1. The Motion for Consent to Enter into a Loan Modification is GRANTED.
2. The Debtor and SunTrust may enter into the loan modification agreement as previously submitted.
3. Entry of this Order does not constitute Court approval of any specific terms of any loan modification entered into between Debtor and Creditor.

*** END OF ORDER ***

**COURT SERVICE LIST**

*NONE