Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Gina Flores | Chapter 13 Case Number: 17-40004-RLE13 |
| Debtors(s) | |

**ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS**

The Trustee represents that as of October 09, 2019, all the payments owed by the above named debtor(s) in the Chapter 13 Case filed on January 03, 2017 and confirmed by the Court, have been paid.

DATE: October 10, 2019

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee